UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Idris Isaev, | Case No. 25-CV-4570-JRT-EMB |
| Plaintiff, | |
| v. | **ORDER** |
| Danielle Lehman, Director, San Francisco Asylum Office U.S. Citizenship and Immigration Services; Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services; and Kristi Noem, Secretary of the U.S. Department of Homeland Security | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of Idris Isaev (Dkt. No. 2) is GRANTED.

2. Isaev must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Isaev does not complete and return the Marshal Service Forms within 30 days of this Order—that is, by January 19, 2026—then it will be recommended that this matter be dismissed without prejudice for

failure to prosecute. Marshal Service Forms will be provided to Isaev by the Court.

3. After the return of the completed Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on Danielle Lehman, Joseph B. Edlow, and Kristi Noem in their official capacities as agents of the United States consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

Dated: December 23, 2025        */s/ Elsa M. Bullard*
                                              Elsa M. Bullard
                                              United States Magistrate Judge